# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) Case No. 09-CR-4462-H |
| | ) |
| vs. | ) **ORDER GRANTING JOINT** |
| | ) **MOTION TO CONTINUE** |
| JOSE SANTOS AYALA-VIDAURRI | ) **SENTENCING** |
| | ) |
| Defendant. | ) |
| | ) |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Monday, April 19, 2010, at 9:00 a.m. be continued until **May 17, 2010 at 9:00 a.m.** The Defendant remains in custody and the Court accepted the Defendant's plea on February 17, 2010.

**IT IS SO ORDERED.**

DATED: March 12, 2010

**MARILYN L. HUFF**, District Judge
UNITED STATES DISTRICT COURT